# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC; DEPUY SPINE, LLC; and DEPUY SYNTHES SALES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN N. DAVIS, JR.; JEFFREY A. DOMICO; and K2M, INC., <br><br> Defendants. | Civil Action No. 4:17-cv-2879-DCC |

## Stipulated Order

AND NOW, this 12th day of April, 2018, Plaintiffs Synthes USA, LLC, DePuy Spine, LLC, and DePuy Synthes Sales, Inc. and Defendants Stephen N. Davis, Jr., Jeffrey A. Domico, and K2M, Inc. (collectively, the "Parties" and each a "Party") STIPULATE and AGREE, pursuant to the Parties' Confidential Settlement Agreement and Limited Mutual Release ("Settlement Agreement"), that this case shall be dismissed with prejudice, with each Party bearing its own costs and attorneys' fees, subject to the proviso that the Court retains jurisdiction, through December 31, 2018: (i) to enforce the Parties' Settlement Agreement; and (ii) over the Limited Preliminary Injunction Order entered by the Court on December 1, 2017 (Dkt. No. 39), as modified by paragraph 3(c) of the Parties' Settlement Agreement, which shall remain in place through September 28, 2018 for Jeffrey A. Domico and through October 2, 2018 for Stephen N. Davis, Jr.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ *Anthony B. Haller* | s/ *Franklin G. Shuler, Jr.* |
| Anthony B. Haller (*pro hac vice*) | Franklin G. Shuler, Jr. (Fed. ID #5547) |
| Blank Rome LLP | Turner Padget Graham & Laney, P.A. |
| One Logan Square | 1901 Main Street, 17th Floor |
| Philadelphia, PP 19103 | Columbia, SC 29201 |

| | |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for K2M, Inc.* |
| | s/ *Amy Y. Jenkins* |
| | Amy Y. Jenkins (Fed. ID #6858) |
| | McAngus Goudelock & Courie, L.L.C. |
| | 735 Johnnie Dodds Blvd., Suite 200 |
| | Mt. Pleasant, South Carolina 29464 |
| | *Attorneys for Stephen N. Davis, Jr.* |
| | *and Jeffrey A. Domico* |

ADOPTED AND APPROVED BY THE COURT this 16th day of April, 2018.

    s/Donald C. Coggins, Jr.
HON. DONALD C. COGGINS, JR.,
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina